# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | NICHOLAS JOSEPH RODI |
| **Case Number:** | 17-22306-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 21, 2017 11:00 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
12/28/17 9:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#8 - Final Confirmation of Plan Dated 6/14/2017 (NFC)
R / M #: 8 / 0

### *Appearances:*

Debtor: *Valencik*
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

*Lmp Still pending*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to _4/12/18_ at _1:30 pm_
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/14/201′  8:02:48AM