# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** NICHOLAS JOSEPH RODI
**Case Number:** 17-22306-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, APRIL 12, 2018 01:30 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
4/13/18 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#8 - Continued Confirmation of Plan Dated 6/14/2017 (NFC)
R / M #: 8 / 0

### *Appearances:*

Debtor: Valenak
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ___✓___ An Amended Plan is to be served on all creditors and certificate of service filed by May 15, 2018
   Objections are due on or before June 7, 2018.
   A hearing on the Amended Plan is set for June 21, 2018 at 1:30.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/6/2018    3:17:46PM