**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | | |
| Nicholas Joseph Rodi, | : | No. 17-22306-JAD |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Ally Financial Lease Trust, | : | Hearing Date: 9/18/18 at 10:00 a.m. |
| | : | |
| Movant | : | Response Date: 8/18/18 |
| | : | |
| vs. | : | |
| | : | |
| Nicholas Joseph Rodi | : | |
| Gwen Ann Rodi, Co-Debtor | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF ALLY FINANCIAL LEASE TRUST FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR RELIEF**

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by **no later than August 18, 2018** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **hearing will be held on September 18, 2018 at 10:00 a.m**. before Judge Jeffery A. Deller in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| Date of service: 8/1/18 | Attorney for Movant/Applicant |
| | |
| | /s/ Jillian Nolan Snider |
| | Jillian Nolan Snider, Esquire |
| | Pa. I.D. # 202253 |
| | jsnider@tuckerlaw.com |
| | TUCKER ARENSBERG, P.C. |
| | 1500 One PPG Place |
| | Pittsburgh, Pennsylvania 15222 |
| | 412-566-1212 |