UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### Conciliation Conference:

| | |
|---|---|
| Debtor: | NICHOLAS JOSEPH RODI |
| Case Number: | 17-22306-JAD    Chapter: 13 |
| Date / Time / Room: | TUESDAY, SEPTEMBER 18, 2018 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

### Matter:

Motion For Relief From Stay filed by Ally Financial Lease Trust
- Response Filed by Debtor on 8/17/2018 at Doc. # 47
R / M #:  44 / 0

### Appearances:

TRUSTEE: WINNECOUR / KATZ / PAIL
DEBTOR(S): David Valencik, Esq.
CREDITOR: ~~Jillian Nolan Snider, Esq.~~ Corr

### Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
   ✓ For At Least 30 Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at _____ AM/PM at _____
   ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY / JURY
   ___ Simple / Pretrial Order - NONJURY / JURY
   ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

- O/E 9/19/2018 Setting Continued Hearing

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
9/19/18 11:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA