UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

*Conciliation Conference:*

      Debtor: NICHOLAS JOSEPH RODI
      Case Number: 17-22306-JAD      Chapter: 13

      Date / Time / Room: FRIDAY, NOVEMBER 02, 2018  10:00 AM  COURTROOM D

      Bankruptcy Judge: JEFFERY A. DELLER
      Courtroom Clerk: JEFF FURIS
      Reporter / ECR: N/A

*Matter:*

Motion For Relief From Stay filed by Ally Financial Lease Trust
- Response Filed by Debtor on 8/17/2018 at Doc. # 47
- Hearing Held 9/18/2018 - Continued To 11/2/2018
R / M #: 44 / 0

*Appearances:*

TRUSTEE: WINNECOUR / KATZ / PAIL
DEBTOR(S): David Valencik, Esq.
CREDITOR: Jillian Nolan Snider, Esq. / A - Carr

*Proceedings:*

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least 30 Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

- O/E 11/5/2018 setting continued hearing

FILED
11/5/18 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge