IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| NICHOLAS JOSEPH RODI, | : Bankruptcy No. **17-22306-JAD** |
| | : |
| Debtor(s). | : Chapter 13 |
| ************************************************* | : |
| ALLY FINANCIAL LEASE TRUST, | : |
| Movant(s), | : |
| v. | : Document No. 44 |
| NICHOLAS JOSEPH RODI AND | : |
| GWEN ANN RODI, CO-DEBTOR, AND | : |
| RONDA J. WINNECOUR, TRUSTEE, | : |
| Respondent(s). | : |

## ORDER

**AND NOW**, this **5th** day of **November, 2018**, a hearing having been held on November 2, 2018 on the *Motion For Relief From Stay* filed at Document No. 44,

It is hereby **ordered** that the hearing on said matter is **continued** to **November 28, 2018**, at 10:00 AM in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

_____ jsf
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO SERVE:**

David Z. Valencik, Esq.
Jillian Nolan Snider, Esq.
Ronda J. Winnecour, Esq.
Office of U.S. Trustee

FILED
11/5/18 10:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00025005

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Nicholas Joseph Rodi  
      Debtor

Case No. 17-22306-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: lfin   Page 1 of 1   Date Rcvd: Nov 05, 2018  
                       Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.  
db         +Nicholas Joseph Rodi,   3038 Willowbrook Dr.,   Bridgeville, PA 15017-1591

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:  
        Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,  
         agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com  
        David Z. Valencik    on behalf of Debtor Nicholas Joseph Rodi dvalencik@c-vlaw.com,  
         cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com  
        James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
         bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt    on behalf of Creditor    Township of South Fayette/South Fayette School District  
         jhunt@grblaw.com,   cnoroski@grblaw.com  
        Jillian Nolan Snider    on behalf of Creditor    Ally Financial Lease Trust jsnider@tuckerlaw.com,  
         agilbert@tuckerlaw.com,cabbott@tuckerlaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                           TOTAL: 7