# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

**Debtor:** NICHOLAS JOSEPH RODI
**Case Number:** 17-22306-JAD   **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, NOVEMBER 28, 2018 10:00 AM   COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

### Matter:

Continued - Motion For Relief From Stay filed by Ally Financial Lease Trust
- Response Filed by Debtor on 8/17/2018 at Doc. 47
- Hearing Held 9/18/2018 - Continued To 11/2/2018
- Hearing Held 11/2/2018 - Continued To 11/28/2018
R / M #: 44 / 0

### Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / KATZ / PAIL / DESIMONE
DEBTOR: DAVID VALENCIK, ESQUIRE
CREDITOR: JILLIAN NOLAN SNYDER, ESQUIRE / ALLISON L. CARR, ESQUIRE for ALLY FINANCIAL

### Proceedings:

___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER: 30
   ✓ For At Least _30_ Days (Court To Issue Scheduling Order)
   _____ To Hearing Date Of _____ at _____ AM/PM at _____
   _____ To Conciliation Conference For _____ at _____ AM/PM at _____
   _____ ISSUE EVIDENTIARY HEARING NOTICE
       _____ Evidentiary Hearing On Value And Cram-Down Interest
       _____ Complex / Pretrial Order - NONJURY / JURY
       _____ Simple / Pretrial Order - NONJURY / JURY
       _____ Parties To Undertake Discovery - Discovery Period: _____ days
   _____ SETTLEMENT STIPULATION IS DUE _____
   _____ OTHER:

**- Continue Hearing For At Lease 30 Days**

JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
11/29/18 9:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA