# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-22306-JAD |
| Nicholas Joseph Rodi, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Nicholas Joseph Rodi, | ) **Related Document No.** 75 |
| **Movant,** | ) **Hearing Date:** 07/22/20 @ 10:00 a.m. |
| **vs.** | ) **Response Due:** 07/08/20 |
| Williamson & Brown, LLC, | ) |
| **Respondent.** | ) **Document No.** 76 |

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF
## Nicholas Joseph Rodi FOR Objection to Claim of Williamson & Brown, LLC

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **July 8, 2020**, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.

If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. You should take this Notice and the Motion to a lawyer at once.

A telephonic hearing will be held on **July 22, 2020, at 10:00 a.m.** before the Honorable Jeffery A. Deller. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

**Dated:** June 8, 2020                **BY:**   /s/ Mark B. Peduto
                                       **Mark B. Peduto, Esquire, PA I.D. #62923**
                                       **mpeduto@c-vlaw.com**
                                       **CALAIARO VALENCIK**
                                       **938 Penn Avenue, Suite 501**
                                       **Pittsburgh, PA  15222-3708**
                                       **(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-22306-JAD |
| Nicholas Joseph Rodi, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Nicholas Joseph Rodi, | ) **Related Document No.** 75 |
| **Movant,** | ) **Hearing Date:** 07/22/20 @ 10:00 a.m. |
| vs. | ) **Response Due:** 07/08/20 |
| Williamson & Brown, LLC, | ) |
| **Respondent.** | ) **Document No.** 76 |

**CERTIFICATE OF SERVICE OF Hearing Notice and
Objection to Claim of Williamson and Brown, LLC**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 8, 2020.

**Service by First-Class Mail:**
Nicholas J. Rodi, 3038 Willlowbrook Drive, Bridgeville, PA 15017
Williamson & Brown, LLC, Accounts Receivable Dept., P.O. Box 64, Hamburg, NY 14075-9999
**Service by First-Class Mail and E-mail:**
Williamson & Brown, LLC, 4691 Clifton Parkway, Hamburg, NY 14075;
a.arcese@williamsonandbrown.com
**Service by NEF:**
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** June 8, 2020        /s/ Mark B. Peduto
**Mark B. Peduto, Esquire, PA I.D. #62923**
mpeduto@c-vlaw.com

**CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
(412) 232-0930**