## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.**  17-22306-JAD |
| Nicholas Joseph Rodi, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Nicholas Joseph Rodi, | ) **Related Document No.** 76-75 |
| **Movant,** | ) **Hearing Date:** 07/22/20 @ 10:00 a.m. |
| **vs.** | ) **Response Due:** 07/08/20 |
| Williamson & Brown, LLC, | ) |
| **Respondent.** | ) **Document No.** |

### AMENDED CERTIFICATE OF SERVICE OF
### Hearing Notice and Objection to Claim of Williamson and Brown, LLC

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 8, 2020.

**Service by First-Class Mail**:
Nicholas J. Rodi, 3038 Willlowbrook Drive, Bridgeville, PA 15017
Williamson & Brown, LLC, Alexander Arcese, President, Accounts Receivable Dept., P.O. Box 64, Hamburg, NY  14075-9999
Williamson & Brown, LLC, Alexander Arcese, President, 4188 Lake Shore Road, Hamburg, NY 14075
**Service by First-Class Mail and E-mail**:
Williamson & Brown, LLC, Alexander Arcese, President, 4691 Clifton Parkway, Hamburg, NY  14075;
a.arcese@williamsonandbrown.com
**Service by NEF**:
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** June 9, 2020                 /s/ Mark B. Peduto
                                              **Mark B. Peduto, Esquire, PA I.D. #62923**
                                              **mpeduto@c-vlaw.com**

                                              **CALAIARO VALENCIK**
                                              **938 Penn Avenue, Suite 501**
                                              **Pittsburgh, PA  15222-3708**
                                              **(412) 232-0930**