**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-22306-JAD |
| Nicholas Joseph Rodi, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Nicholas Joseph Rodi, | ) **Related Document No.** 75-76 |
| **Movant,** | ) **Hearing Date:** 07/22/20 @ 10:00 a.m. |
| **vs.** | ) **Response Due:** 07/08/20 |
| Williamson & Brown, LLC, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**OBJECTION TO CLAIM OF WILLIAMSON & BROWN, LLC**
**- Document No. 75**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Objection to Claim of Williamson & Brown, LLC** filed on June 8, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Objection to Claim of Williamson & Brown, LLC** appears thereon. Pursuant to the Notice of Hearing, objections to the **Objection to Claim of Williamson & Brown, LLC** were to be filed and served no later than July 8, 2020.

It is hereby respectfully requested that the Order attached to the **Objection to Claim of Williamson & Brown, LLC** be entered by the Court.

Dated: July 9, 2020                /s/ Mark B. Peduto
**Mark B. Peduto, Esquire, PA I.D. #62923**
mpeduto@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222**
**(412) 232-0930**