FILED
7/13/20 10:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
Nicholas Joseph Rodi,
    Debtor,
Nicholas Joseph Rodi,
    Movant,
vs.
Williamson & Brown, LLC,
    Respondent.

**DEFAULT O/E JAD**

) Bankruptcy No. 17-22306-JAD
)
) Chapter 13
)
) Related To Doc. No. 75

## ORDER OF COURT

**AND NOW**, this 13th day of July, 2020, upon consideration of Debtor's Objection to Claim, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

Proof of Claim No. 9, filed by Williamson & Brown, LLC, is STRICKEN as void and unenforceable.

By the Court,

_____
Honorable Jeffery A. Deller    mas
United States Bankruptcy Court

CASE ADMINISTRATOR SHALL SERVE:
  Mark B. Peduto, Esquire
  Williamson & Brown, LLC
  Ronda J. Winnecour, Esquire

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 17-22306-JAD
Nicholas Joseph Rodi                                                          Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin            Page 1 of 1             Date Rcvd: Jul 13, 2020
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.
db            +Nicholas Joseph Rodi,    3038 Willowbrook Dr.,    Bridgeville, PA 15017-1591

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2020 at the address(es) listed below:
     Brett A. Solomon    on behalf of Creditor   Ally Financial brett.solomon@solomon-legal.com
     David Z. Valencik    on behalf of Debtor Nicholas Joseph Rodi dvalencik@c-vlaw.com,
      cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
     James Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
     Jeffrey R. Hunt    on behalf of Creditor   Township of South Fayette/South Fayette School District jhunt@grblaw.com, cnoroski@grblaw.com
     Jillian Nolan Snider    on behalf of Creditor   Ally Financial Lease Trust jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
     Kevin Scott Frankel    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pabk@logs.com
     Mark B. Peduto    on behalf of Debtor Nicholas Joseph Rodi mpeduto@c-vlaw.com, jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                   TOTAL: 9