IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 17-22306-JAD |
| | : | |
| NICHOLAS JOSEPH RODI, | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the counsel set forth in this Notice hereby appears as counsel for Ally Financial Lease Trust (the "Creditor") in the above-referenced matter.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002 and 9007, and 11 U.S.C. § 342, the undersigned requests that all notices and papers specified by those Rules, and all other notices given or required to be given to the Creditor in this case can be served upon:

Maribeth Thomas, Esquire
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA  15222
Phone:  412-594-3949
Fax:  412-594-5619
Email:  mthomas@tuckerlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petition, disclosure statements, plans of reorganization, answer or reply papers, memoranda or briefs in support of any of the foregoing, and any other document brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral,

and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

                                                    Respectfully submitted,

Dated: November 25, 2020                TUCKER ARENSBERG, P.C.

                                            */s/ Maribeth Thomas*
                                            Maribeth Thomas, Esquire
                                            PA I.D. No. 208376
                                            1500 One PPG Place
                                            Pittsburgh, PA  15222
                                            Phone:  412-594-3949
                                            Fax:  412-594-5619
                                            Email:  mthomas@tuckerlaw.com

                                            *Counsel for Ally Financial Lease Trust*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on November 25, 2020, a true and correct copy of the Notice of Appearance and Request for Service of Papers filed on behalf of Maribeth Thomas was served on all parties entitled to get notice pursuant to the Court's CM/ECF electronic notification system, and upon the Debtor by First Class U.S. Mail, postage prepaid, at the following address:

Nicholas Joseph Rodi
3038 Willowbrook Drive
Bridgeville, PA  15017

Dated:  November 25, 2020         /s/ Maribeth Thomas
                                  Maribeth Thomas, Esquire
                                  PA I.D. No. 208376
                                  TUCKER ARENSBERG, P.C.
                                  1500 One PPG Place
                                  Pittsburgh, PA  15222
                                  Phone:  412-594-3949
                                  Fax:  412-594-5619
                                  Email:  mthomas@tuckerlaw.com

                                  *Counsel for Ally Financial Lease Trust*