FILED
1/29/21 9:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | |
| NICHOLAS JOSEPH RODI, | Case No. 17-22306-JAD |
| Debtor. | Chapter 13 |
| | |
| ALLY FINANCIAL LEASE TRUST, | Doc. No. 94 |
| Movant, | Related to Doc. Nos. 63, 44 |
| v. | |
| NICHOLAS JOSEPH RODI, GWEN ANN RODI, CO-DEBTOR, and RONDA J. WINNECOUR, TRUSTEE, | |
| Respondents. | |

## ORDER

**AND NOW**, this 29th day of January, 2021, upon consideration of the Certification of Default filed by Ally Financial Lease Trust ("**Ally**"), it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

1. Ally Financial Lease Trust's request for relief from the automatic stay and co-debtor stay is **GRANTED**.

2. The automatic stay and co-debtor stay is **VACATED** and **TERMINATED** with respect to Ally, and Ally may take such actions as may be necessary or appropriate with respect to enforcing its contractual and state court rights against the 2017 Jeep Grand Cherokee, VIN 1C4RJFAG3HC689304.

BY THE COURT:

JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
Maribeth Thomas, Esquire
Marj B. Peduto, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

TADMS:5426447-1 024035-190436

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22306-JAD |
| Nicholas Joseph Rodi | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Jan 29, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

**Recip ID    Recipient Name and Address**
db            + Nicholas Joseph Rodi, 3038 Willowbrook Dr., Bridgeville, PA 15017-1591

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:**

**Name**                    **Email Address**

Brett A. Solomon
    on behalf of Creditor Ally Financial brett.solomon@solomon-legal.com

Brian Nicholas
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

David Z. Valencik
    on behalf of Debtor Nicholas Joseph Rodi dvalencik@c-vlaw.com
    cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Jeffrey R. Hunt
    on behalf of Creditor Township of South Fayette/South Fayette School District jhunt@grblaw.com  cnoroski@grblaw.com

Jillian Nolan Snider
    on behalf of Creditor Ally Financial Lease Trust jsnider@fbtlaw.com  agilbert@fbtlaw.com,agilbert@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 2 of 2 |
| Date Rcvd: Jan 29, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Kevin Scott Frankel
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com

Maribeth Thomas
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mthomas@tuckerlaw.com,
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Maribeth Thomas
    on behalf of Creditor Ally Financial Lease Trust mthomas@tuckerlaw.com
    maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com

Mark B. Peduto
    on behalf of Debtor Nicholas Joseph Rodi mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11