IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-22306-JAD |
| Nicholas Joseph Rodi | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Doc #_____118_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | FILED |
| vs. | ) | 5/16/23 2:37 pm |
| Nicholas Joseph Rodi | ) | CLERK |
| | ) | U.S. BANKRUPTCY |
| Respondent(s) | ) | COURT - WDPA |

FILED
5/16/23 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on May 3, 2023 (document #114) is hereby WITHDRAWN. The hearing scheduled for June 7, 2023 is cancelled.

Respectfully submitted,

5/16/2023

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED THIS 16TH DAY OF MAY 2023

jsf

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 17-22306-JAD

Nicholas Joseph Rodi                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

**Recip ID                    Recipient Name and Address**
db                        +  Nicholas Joseph Rodi, 3038 Willowbrook Dr., Bridgeville, PA 15017-1591

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

**Name                          Email Address**

Andrew Kevin Pratt
                    on behalf of Debtor Nicholas Joseph Rodi apratt@c-vlaw.com
                    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com

Brett A. Solomon
                    on behalf of Creditor Ally Financial brett@solomon-legal.com

Brian Nicholas
                    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

David Z. Valencik
                    on behalf of Debtor Nicholas Joseph Rodi dvalencik@c-vlaw.com
                    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Jeffrey R. Hunt
                    on behalf of Creditor Township of South Fayette/South Fayette School District jhunt@grblaw.com

District/off: 0315-2                                    User: auto                                          Page 2 of 2
Date Rcvd: May 16, 2023                        Form ID: pdf900                              Total Noticed: 1

Jillian Nolan Snider
        on behalf of Creditor Ally Financial Lease Trust jsnider@fbtlaw.com

Kevin Scott Frankel
        on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com

Maribeth Thomas
        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Maribeth Thomas
        on behalf of Creditor Ally Financial Lease Trust mthomas@tuckerlaw.com  maribeth.thomas@gmail.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com


TOTAL: 11