**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Nicholas Joseph Rodi**
  Debtor(s)

Bankruptcy Case No.: 17−22306−JAD

Chapter: 13
Docket No.: 122 − 121

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 30th of May, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/10/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **at in** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/10/23.**

                                                              Jeffery A. Deller
                                                              United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Nicholas Joseph Rodi  
    Debtor

Case No. 17-22306-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: May 30, 2023      Form ID: 408      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Joseph Rodi, 3038 Willowbrook Dr., Bridgeville, PA 15017-1591 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | + | Township of South Fayette/South Fayette School Dis, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14716651 | + | ALLIED CASH ADVANCE, WILLIAMSON AND BROWN, LLC, 4691 CLIFTON PKWY, HAMBURG, NY 14075-3201 |
| 14637904 | + | Gwen Rodi, 3038 Willowbrook Dr., Bridgeville, PA 15017-1591 |
| 14674024 | + | Township of South Fayette/South Fayette SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14637906 | + | Union Plus Credit Card, P.O. Box 30255, Salt Lake City, UT 84130-0255 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 31 2023 04:28:49 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14637900 | + | Email/Text: ally@ebn.phinsolutions.com | May 31 2023 04:10:00 | Ally, Payment Processing Center, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 14647555 | | Email/Text: ally@ebn.phinsolutions.com | May 31 2023 04:10:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14637901 | | Email/Text: ally@ebn.phinsolutions.com | May 31 2023 04:10:00 | Ally Financial, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14649428 | | Email/Text: ally@ebn.phinsolutions.com | May 31 2023 04:10:00 | Ally Financial Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 14637902 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2023 04:18:25 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14667054 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2023 04:17:28 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14712208 | + | Email/Text: bnc@bass-associates.com | May 31 2023 04:10:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14637903 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2023 04:18:33 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14698940 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 31 2023 04:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14637905 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2023 04:17:59 | JP Morgan Chase Bank, NA, Mail Code OH4-7384, 3415 Vision Drive, Columbus, OH 43219 |
| 14753888 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 31 2023 04:17:25 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, Monroe, LA 71203 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: 408 | Total Noticed: 22 |

| 14693701 | Email/PDF: resurgentbknotifications@resurgent.com | | |
|---|---|---|---|
| | | May 31 2023 04:18:28 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14708693 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 31 2023 04:28:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14637907 | + Email/Text: bk@avant.com | | |
| | | May 31 2023 04:11:00 | Webbank, c/o Avant, 222 N. LaSalle St., Suite 1700, Chicago, IL 60601-1101 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Financial Lease Trust |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Nicholas Joseph Rodi apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Nicholas Joseph Rodi dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of South Fayette/South Fayette School District jhunt@grblaw.com |
| Jillian Nolan Snider | on behalf of Creditor Ally Financial Lease Trust jsnider@fbtlaw.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Maribeth Thomas | |

District/off: 0315-2     User: auto     Page 3 of 3
Date Rcvd: May 30, 2023     Form ID: 408     Total Noticed: 22

on behalf of Creditor Ally Financial Lease Trust mthomas@tuckerlaw.com  maribeth.thomas@gmail.com

Maribeth Thomas

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 11