**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 17-22306-JAD |
| | ) **Chapter** 13 |
| Nicholas Joseph Rodi, | ) |
| | ) **Related to Document No.** 121, 122 |
| **Debtor,** | ) **Document No.** |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 22, 2017 at docket number 23, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Post-petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by the Debtor who has carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

                                              **Respectfully submitted,**

**DATE:** July 6, 2023                        **BY:** /s/ David Z. Valencik
                                                            **David Z. Valencik, Esquire**
                                                             **PA I.D. No. 308361**
                                                             dvalencik@c-vlaw.com
                                                             **CALAIARO VALENCIK**
                                                             **938 Penn Avenue, Suite 501**
                                                            **Pittsburgh, PA 15222-3708**
                                                            **Phone:**    (412) 232-0930
                                                           **Fax:**       (412) 232-3858